# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CALDERAS, et al.<br><br>                                   Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, et al.,<br><br>                                   Defendants. | Case No.:  19cv687-LAB (MSB)<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE [Dkt. 3]** |

On April 15, 2019, Plaintiffs Javier Calderas and Alexander Casasola filed this Petition for Writ of Mandamus against Defendants Michael Pompeo and the Department of State. Dkt. 1. On April 16, 2019, Plaintiffs alerted the Court that they inadvertently filed the action in this district, the Southern District of California, rather than the district where they reside, the Central District of California, Southern Division.  They now move to have the case transferred.  Dkt. 3.  The Court has authority to transfer a case to "any other district or division where it might have been brought."  28 U.S.C. § 1404(a).  The Court finds that transfer is appropriate here, so the clerk is directed to **TRANSFER** this case to the United States District Court for the Central District of California, Southern Division.

**IT IS SO ORDERED**.

Dated:  April 17, 2019

*Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge